# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAURA AMAN,**
Appellant,

v.

**CHRISTOPHER DI LILLO,** as Trustee of the **UFFICIO IMMOBILIARE DECLARATION OF TRUST,**
Appellee.

No. 4D2025-3080

[July 23, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle A. Sherriff, Judge; L.T. Case No. 502024CC018163XXXAMB.

Laura Aman, Palm Beach, pro se.

Daniel Adam Miller of Daniel A. Miller, P.A., Royal Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***